IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02606-MJW

KIM LUCERO,

Plaintiff,

v.

EVELYN DODD,
RAUL MIERA,
SHARIAN HAINDEL,
BILL MAY,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3, and
JOHN DOE 4,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate Scheduling Conference and Stay all Discovery and Other Rule 16 and 26 requirements (Docket No. 23) is granted.  Accordingly, it is further

ORDERED that the Scheduling Conference set on December 17, 2014, at 2:30 p.m. is VACATED and discovery and the Rule 16 and 26 requirements are stayed until further order of the court.  It is further

ORDERED that the deadline for completing and filing the Pilot Program Consent Form (see Docket No. 3), indicating either unanimous consent of the parties or that consent has been declined, remains set on November 11, 2014.

Date: November 5, 2014