**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    January 14, 2015
Courtroom Deputy:        Emily Buchanan
FTR Technician:          Kathy Terasaki

---

Civil Action No. 14-cv-02606-RPM          Counsel:

KIM LUCERO,                               Daniel Sloane
                                          Gennevieve St. Leger

       Plaintiff,

v.

EVELYN DODD,                              Kathleen Spalding
RAUL MIERA,
SHARIAN HAINDEL, and
BILL MAY,

       Defendants.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**1:56 p.m.          Court in session.**

Plaintiff Kim Lucero is also seated at counsel table.

Before the Court today is Defendants' Motion to Dismiss.

Court provides the core facts alleged in Plaintiff's complaint.

Ms. Spalding confirms that counsel has not exchanged information.

Discussion regarding the need to know more facts, Mr. Davis's motivation behind the assault of Ms. Lucero, and Plaintiff's fourth claim for relief.

Ms. Spalding and Mr. Sloane answer questions of the Court.

**ORDERED:**     Defendants' Motion to Dismiss (Doc. No. 21) is **DENIED**.

Discussion regarding Defendants filing an answer and the Court holding a scheduling conference.

**2:24 p.m.          Court in recess.**

Hearing concluded.  Total time:        28  min.