IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02606-RPM

KIM LUCERO,

      Plaintiff,

v.

EVELYN DODD,
RAUL MIERA,
SHARIAN HAINDEL, and
WILLIAM MAY,

      Defendants.
_____

ORDER DENYING MOTION PERMITTING ACCESS TO RECORDS PERTAINING TO
LAMAR DEL RAY DAVIS
_____

      On July 13, 2015, the plaintiff filed a Motion for Court Order Permitting Plaintiff Access to All Medical, Psychological and Other Records of the Colorado Mental Health at Pueblo Hospital Pertaining to Lamar Del Ray Davis [Doc. 40].  Mr. Davis is not a party to this civil action and is scheduled for a criminal trial.  The plaintiff's motion must be denied because it invades the protections of those records that Mr. Davis has.  In the absence of an appropriate release of records from Mr. Davis, it is

      ORDERED that the motion is denied.

      DATED: July 14th, 2015

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge