IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02606-RPM

KIM LUCERO,

     Plaintiff,

v.

EVELYN DODD,
RAUL MIERA,
SHARIAN HAINDEL, and
WILLIAM MAY,

     Defendants.
_____

### ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of the Joint Motion to Amend the Court's Scheduling Order [Doc. 42], it is

ORDERED that the motion is granted.  All remaining scheduling deadlines including the discovery cut-off, dispositive motion deadlines, deposition deadlines and expert disclosure deadlines are extended 90 days.

DATED: July 29th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge