IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02606-RPM

KIM LUCERO,

      Plaintiff,

v.

EVELYN DODD,
RAUL MIERA,
SHARIAN HAINDEL, and
WILLIAM MAY,

      Defendants.
_____

ORDER GRANTING SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of the Joint Motion to Amend the Court's Scheduling Order [Doc. 54], it is

ORDERED that the motion is granted.  All remaining scheduling deadlines including the discovery cut-off, dispositive motion deadlines, deposition deadlines and expert disclosure deadlines are extended 60 days.

DATED: October 30th, 2015

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge