IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02606-RPM

KIM LUCERO,

      Plaintiff,

v.

EVELYN DODD,
RAUL MIERA,
SHARIAN HAINDEL, and
WILLIAM MAY,

      Defendants.
_____

ORDER GRANTING THIRD STIPULATED MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of the Third Stipulated Motion to Amend the Court's Scheduling Order [Doc. 60], it is

ORDERED that the motion is granted.  All remaining deadlines are extended 60 days, commencing at the completion of either the deposition of Mr. May, the plaintiff, or Pueblo Hospital's 30(b)(6) representatives, whichever is later.  It is

FURTHER ORDERED that at the conclusion of the last of the above depositions the parties will file with the Court notice of completion of the depositions, recalculate the deadlines set forth in the Scheduling Order and submit a revised Scheduling Order for approval by the Court.

DATED: January 28th, 2016

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge