**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 29, 2016
Courtroom Deputy: Robert R. Keech
FTR Technician: Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. **14-cv-02606-RPM** | Counsel: |
| **KIM LUCERO**, | Daniel A. Sloane |
| | Gennevieve St. Leger |
| Plaintiff, | |
| v. | |
| **EVELYN DODD,** | Amy C. Colony |
| **RAUL MIERA,** | |
| **SHARIAN HAINDEL, and** | |
| **WILLIAM MAY**, | |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**MOTION HEARING:** Motion to Partially Quash Subpoena Duces Tecum Directed to the Colorado Mental Health Institute at Pueblo [ECF Doc. No. 44], filed August 4, 2015

**2:01 p.m.**   Court in session.

  Court calls case.

  Appearances of counsel. Theodore A. B. McCombs and Tanya E. Wheeler on behalf of Interested Party, Colorado Mental Health Institute at Pueblo.

  Motion to Partially Quash Subpoena Duces Tecum Directed to the Colorado Mental Health Institute at Pueblo [ECF Doc. No. 44], filed August 4, 2015, is raised for argument.

2:03 p.m.   Argument by Plaintiff by Mr. Sloane.

1

| | |
|---|---|
| 2:06 p.m. | Argument by interested party by Mr. McCombs. |
| 2:08 p.m. | Argument by Plaintiff by Mr. Sloane. |
| 2:12 p.m. | Argument by interested party by Mr. McCombs. |
| 2:14 p.m. | Argument by Plaintiff by Mr. Sloane. |
| 2:15 p.m. | Argument by Plaintiff by Ms. St. Leger. |
| 2:16 p.m. | Argument by Plaintiff by Mr. Sloane. |
| 2:25 p.m. | Argument by Mr. McCombs. |
| 2:25 p.m. | Argument by Plaintiff by Mr. Sloane. |
| 2:32 p.m. | Argument by Defendants by Ms. Colony. |

**ORDERED:** Motion to Partially Quash Subpoena Duces Tecum Directed to the Colorado Mental Health Institute at Pueblo [ECF Doc. No. 44], filed August 4, 2015, is **GRANTED as to reviews.**

**ORDERED:** CMHIP shall provide statements obtained in investigation to Plaintiff.

**ORDERED:** CMHIP shall provide a diagram of the Acute Cognitive Behavior Unit, in proper scale, to Plaintiff.

**ORDERED:** Defendants will not have to return Ms. Lucero's medical records to counsel for plaintiff.

**ORDERED:** Court will not allow further psychiatric examination of Plaintiff.

**ORDERED:** Mr. May shall sign his deposition.

**2:36 p.m.** **Court in recess.  Hearing concluded.**

**Total time:   35 minutes.**